# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 11/13/2023 | Case Number: | 3:22-cr-00016 |
| Case Style: | USA vs. Laura Danielle Jackson | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Holly Wilson

Attorney(s) for the Defendant(s):

Abraham Saad

| | |
|---|---|
| Law Clerk: | Ryan Trumbauer |
| Probation Officer: | Beth Srednicki |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:00 AM | 10:20 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 20 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence 10:00 a.m.
Hearing commences 10:00 a.m.

Defendant present in person and with counsel pursuant to pleas to counts two, three, and four of the Indictment.
Defendant placed under oath.

Court adopts Presentence Report with exception.
Probation to file Presentence Report under seal.

Court accepts plea agreement.

Total offense level                II
criminal history category

I

advisory guideline ranges
custody 8 - 14 months
sr

1 - 3 years
fine

$4,000 - $40,000
SA

$300

The conviction for aggravated identity theft carries a two-year mandatory incarceration to run consecutively with any other sentence.

Motion of Defendant for downward variance.
Government's response/ Defendant's reply.
Comments of Defendant.
Motion denied.

Custody          a total of 14 months as to counts two and three and a consecutive 24 months as to count four.
The Court recommends:
that the defendant be housed at FCI Alderson, WV.

Supervised Release

3 years as to counts 2 & 3 and 1 year as to count four, to run concurrently for a total of 3 years.
The defendant will comply with the standard terms and conditions of supervised release as recommended by the U.S. Sentencing Commission and as adopted by this Court.
No drug testing imposed.

special conditions of supervised release:
-the defendant will participate in a mental health treatment program and follow the rules and regulations of the program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program;
- the defendant will cooperate with the IRS with regard to any civil audit of your personal and business taxes and shall file all tax returns and amended tax returns as required;
- the defendant will make restitution; and
- the defendant will make third party risk notification to your future employers while on supervised release

The defendant is not a legal resident of the Southern District of West Virginia, therefore, the period of supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.

Restitution          Total $26,074.13.
The Court orders the defendant to pay full restitution -
$11,243.55 to City National Bank/Carol Winthrow,
$4,451.88 to Lexington Coal Company,
$2,261.70 to Chase Bank,
$7,050 to The Pulse Church/John Fowler,
$1,067 to Hopewell Community Services/Cheryl Herdman.

Restitution shall be with interest.

Payment of $25 per quarter while incarcerated.

If such restitution is not paid in full before the defendant's release from prison, the Court orders the defendant to pay the balance of the restitution in installments of $100 per month, with the first being due within 30 days after release from prison.
Financial conditions imposed:
-the Court prohibits the defendant from incurring new credit charges or opening additional lines of credit without the probation officer's approval unless she follows the restitution payment schedule;
-the Court requires the defendant to provide the probation officer access to any requested financial information;
-the defendant shall apply all monies received from tax refunds, lottery winnings, judgments, and any other anticipated or unanticipated financial gains to the fine obligation.

Payment of restitution is a special condition of supervised release

Special Assessment $100 for each count for a total of $300 due immediately.
The special assessment will be paid through participation in the Inmate Financial Responsibility Program.

Court advises Defendant of appeal rights.

The Court grants the oral motion of United States to dismiss counts one and five through fourteen.

Defendant detained.

Hearing concluded 10:20 a.m.